# THE ATTORNEY GENERAL
## OF TEXAS
ATTORNEY GENERAL


June 29, 1971

Mr. John F. Boff
Executive Director
Texas Board of Examiners in the
  Fitting and Dispensing of
  Hearing Aids
Penthouse Apts.  Room 105
1212 Guadalupe
Austin, Texas  78701

Opinion No. M-895

Re:  Whether certain activities
relating to preparation of
earmolds for hearing aids
constitute sales of hearing
aids under Article 4566,
Vernon's Civil Statutes.

Dear Mr. Boff:

     In your letter requesting an opinion from this office, you state the following:

     "It has come to our attention that some confusion as to the role of those individuals employed by non-profit organizations or institutions of higher learning, in the fitting and dispensing of hearing aids in the State of Texas exist.  We would like a formal opinion to clarify this role.

     "We feel that it is understood that those individuals employed by institutions of higher learning, non-profit organizations, or under the supervision of a physician and surgeon can carry out hearing aid evaluations, hearing aid selections, hearing aid fitting (what ever the preferred clinical terminology might be) as long as they do not sell hearing aids."

     In addition, you have advised this office that an earmold is an essential component part of any "hearing aid" as the latter term is defined by the provisions of Article 4566-1.01(d), Vernon's Civil Statutes.

     In this regard you question whether a clinic or individual who takes an ear impression, has an earmold prepared from the impression, pays for the mold and in turn sells the mold to an individual, is engaging in the sale of a hearing aid and is required to be licensed to sell and dispense hearing aids by the Texas State Board of Examiners in the Fitting and Dispensing of Hearing Aids.

-4358-

Under the provisions of Article 4566-1.06(a):

"Every person desiring to engage in fitting and
dispensing hearing aids in the State of Texas shall
be required to pass an examination given by the
Texas Board of Examiners in the Fitting and Dis-
pensing of Hearing Aids."

The term "fitting and dispensing of hearing aids" is defined by
the provisions of Article 4566-1.01(f) as follows:

"(f)   'Fitting and Dispensing hearing aids'
means the measurement of human hearing by the
use of an audiometer or by any means for the
purpose of making selections, adaptations and/or
sales of hearing aids.  The term also includes
the sale of hearing aids, and the making of im-
pressions for earmolds to be used as a part of
the hearing aid."

Article 4566-1.19, which exempts certain persons and
practices from the provisions of the Act, is quoted as follows:

"Nothing in this Act shall be construed
to apply to the following:

"(1)   Persons engaged in the practice of
measuring human hearing as a part of the academic
curriculum of an accredited institution of higher
learning.

"(2)   Persons engaged in the practice of
measuring human hearing as a part of a program
conducted by a nonprofit organization, provided
such organization or its employees does not sell
hearing aids.

"(3)   Physicians and surgeons duly licensed
by the Texas State Board of Medical Examiners and
qualified to practice in the State of Texas.

"(4)   Persons employed and directly supervised
by a physician and surgeon to test or measure human
hearing, provided such persons do not sell hearing
aids."

The language of the above quoted provisions of these Articles is clear and unambiguous. "A statute that is plain and unambiguous will ordinarily be interpreted literally. . . ." 53 Tex.Jur.2d 197, Statutes, §135.

Consequently, it is our opinion that an individual, other than a physician, licensed to practice in this State, or a clinic, who sells an earmold to an individual which is intended to be used as a component part of a hearing aid, is selling hearing aids and is not exempted by the provisions of Article 4566-1.19, Vernon's Civil Statutes, from the requirement of being licensed by the Texas State Board of Examiners in the Fitting and Dispensing of Hearing Aids.

## S U M M A R Y

An individual, other than a physician licensed to practice in this State or a clinic, which sells an earmold to an individual which is intended to be used as a component part of a hearing aid, is selling hearing aids and is not exempted by the provisions of Article 4566-1.19, Vernon's Civil Statutes, from the requirement of being licensed by the Texas State Board of Examiners in the Fitting and Dispensing of Hearing Aids.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Ivan R. Williams, Jr.
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Malcolm Quick
Bill Corbusier
Pat Bailey
Ken Nordquist

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant